Thomas D. Berghman, Esq.
Texas Bar No. 24082683
Julian P. Vasek, Esq.
Texas Bar No. 24070790
J. Kyle Jaksa, Esq.
Texas Bar No. 24120923
**MUNSCH HARDT KOPF & HARR, P.C.**
500 N. Akard St., Ste. 4000
Dallas, TX 75201
Telephone:  (214) 855-7500
E-mail:  tberghman@munsch.com
    jvasek@munsch.com
    kjaksa@munsch.com

*Counsel to the Debtor*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 25-20131-BWO-11 |
| | § | |
| BLUE DUCK ENERGY MVR LLC, | § | Chapter 11, Subchapter V |
| | § | |
| Debtor | § | |

**DEBTOR'S AGREED MOTION TO CONTINUE SEPTEMBER 16, 2025
HEARING ON MOTION TO DISMISS CHAPTER 11 BANKRUPTCY PETITION**

TO THE HONORABLE BRAD W. ODELL, U.S. BANKRUPTCY JUDGE:

COMES NOW Blue Duck Energy MVR LLC (the "Debtor"), the debtor-in-possession in the above styled and numbered Chapter 11 bankruptcy case (the "Bankruptcy Case"), and files this *Agreed Motion to Continue September 16, 2025 Hearing on Motion to Dismiss Chapter 11 Bankruptcy Petition* (the "Motion"), respectfully stating as follows:

1. On July 3, 2025, MBP Roberts County LLC ("MBP," and, together with the Debtor, the "Interested Parties"), a secured creditor and party-in-interest in the Bankruptcy Case filed the *Motion to Dismiss Debtor's Chapter 11 Petition* [Dkt. No. 55] (the "Dismissal Motion").

2. On July 24, 2025, the Debtor filed its *Objection to MBP Roberts County LLC Motion to Dismiss Chapter 11 Bankruptcy Petition* [Dkt. No. 68].

3. The Dismissal Motion was set for hearing on August 13, 2025 at 1:30 p.m. (the "August Hearing"). At the August Hearing, the Interested Parties agreed to have the August Hearing continued, with the continued hearing set for September 16, 2025 at 1:30 p.m. (the "Hearing").

4. However, due to logistical issues, emergency appointments, and travel plans, key members of the parties and their counsel cannot attend the Hearing. The Interested Parties have therefore agreed to seek to continue the Hearing.

5. The undersigned has been informed by the Courtroom Deputy that the Court has October 2, 2025 at 2:30 p.m. and October 15, 2025 at 1:30 p.m. available for a continued hearing on the Dismissal Motion. After conferring with the Interested Parties, the Interested Parties and counsel are available for either setting, should the Court grant this Motion.

6. As evidenced by the Certificate of Conference below, all Interested Parties in the Dismissal Motion agree to the relief requested by this Motion.

7. This Motion is not filed for purposes of delay or advantage, but rather so that justice may be done and to promote judicial efficiency.

WHEREFORE, PREMISES CONSIDERED, the Debtor respectfully requests that the Court continue the hearing on the Dismissal Motion to October 2, 2025 at 2:30 p.m. or October 15, 2025 at 1:30 p.m., depending on further conferences with counsel regarding availability, by Amarillo WebEx.

Document      Page 3 of 3

RESPECTFULLY SUBMITTED this 15th day of September, 2025.

By: /s/ *Thomas Berghman*
Thomas D. Berghman, Esq.
Texas Bar No. 24082683
Julian P. Vasek, Esq.
Texas Bar No. 24070790
J. Kyle Jaksa, Esq.
Texas Bar No. 24120923
500 N. Akard St., Ste. 4000
Dallas, TX 75201
Telephone: (214) 855-7500
E-mail: tberghman@munsch.com
E-mail: jvasek@munsch.com
E-mail: kjaksa@munsch.com

*Counsel to the Debtor*

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that he discussed the relief requested herein with Cortney Thomas, esq. and C. Alan Carrillo, esq., counsel for MBP, and that the same informed the undersigned of their agreement to said relief.

By: */s/ Thomas Berghman*
Thomas D. Berghman, Esq.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this the 15th day of September, 2025, true and correct copies of this motion, with the proposed order hereon, were electronically served by the Court's ECF system on parties entitled to notice thereof, including the United States Trustee and counsel for MBP.

By: */s/ Thomas Berghman*
Thomas D. Berghman, Esq.

DEBTOR'S AGREED MOTION TO CONTINUE SEPTEMBER 16, 2025 HEARING ON MOTION TO DISMISS CHAPTER 11 BANKRUPTCY PETITION—Page 3