

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed September 15, 2025

United States Bankruptcy Judge

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 25-20131-BWO-11 |
| | § | |
| BLUE DUCK ENERGY MVR LLC, | § | Chapter 11, Subchapter V |
| | § | |
| Debtor | § | |

### ORDER CONTINUING SEPTEMBER 16, 2025
### HEARING ON MOTION TO DISMISS CHAPTER 11 BANKRUPTCY PETITION

CAME ON FOR CONSIDERATION the *Debtor's Agreed Motion to Continue September 16, 2025 Hearing on Motion to Dismiss Chapter 11 Bankruptcy Petition* (the "Motion"), filed by Blue Duck Energy MVR LLC (the "Debtor"), the debtor-in-possession in the above styled and numbered Chapter 11 bankruptcy case (the "Bankruptcy Case"). Having considered the Motion, and finding that it is agreed to by all parties affected thereby, and that good and sufficient cause otherwise exists to grant the Motion, it is hereby:

ORDERED that the September 16, 2025 hearing on the *Motion to Dismiss Debtor's Chapter 11 Petition* [Dkt. No. 55] is CANCELLED and is CONTINUED to the Amarillo docket on **October 15, 2025 at 1:30 p.m.** via WebEx.

### End of Order ###

AGREED TO AS TO FORM AND CONTENT:

By: ___/s/ Thomas Berghman_____
Thomas D. Berghman, Esq.
Texas Bar No. 24082683
Julian P. Vasek, Esq.
Texas Bar No. 24070790
J. Kyle Jaksa, Esq.
Texas Bar No. 24120923
**MUNSCH HARDT KOPF & HARR, P.C.**
500 N. Akard St., Ste. 4000
Dallas, TX 75201
Telephone: (214) 855-7500
E-mail: tberghman@munsch.com
E-mail: jvasek@munsch.com
E-mail: kjaksa@munsch.com

COUNSEL TO THE DEBTOR

By: ___/s/ Cort Thomas_____
Cortney C. Thomas
Brown Fox PLLC
8111 Preston Road, Suite 300
Dallas, TX 75225
(214) 367-6094
(214) 327-5001 (fax)
cort@brownfoxlaw.com

ATTORNEYS FOR MBP ROBERTS COUNTY LLC

United States Bankruptcy Court

Northern District of Texas

| | |
|---|---|
| In re: | Case No. 25-20131-bwo |
| Blue Duck Energy MVR, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0539-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 15, 2025 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | + Munsch Hardt Kopf & Harr, P.C., 500 North Akard St., Ste 4000, Dallas, TX 75201-6605 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Sep 17, 2025 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| C. Alan Carrillo | on behalf of Creditor MBP Roberts County LLC alan@brownfoxlaw.com  amanda@brownfoxlaw.com |
| Cortney C. Thomas | on behalf of Creditor MBP Roberts County LLC cort@brownfoxlaw.com  korourke@brownfoxlaw.com |
| Hudson M. Jobe | on behalf of Creditor Garrett Johnson hjobe@jobelawpllc.com cswoveland@jobelawpllc.com;9222306420@filings.docketbird.com;mberryman@jobelawpllc.com |
| Hudson M. Jobe | on behalf of Creditor JetTexas Oil  LLC hjobe@jobelawpllc.com, cswoveland@jobelawpllc.com;9222306420@filings.docketbird.com;mberryman@jobelawpllc.com |
| James Kyle Jaksa | on behalf of Debtor Blue Duck Energy MVR  LLC kjaksa@munsch.com, CourtMail@munsch.com |

Case 25-20131-bwo11 Doc 98 Filed 09/17/25 Entered 09/17/25 23:21:47 Desc
Imaged Certificate of Notice   Page 4 of 4

| District/off: 0539-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 15, 2025 | Form ID: pdf012 | Total Noticed: 1 |

| | |
|---|---|
| Jamie Kirk | on behalf of Creditor Texas Comptroller of Public Accounts Revenue Accounting Division bk-jkirk@texasattorneygeneral.gov, sherri.simpson@oag.texas.gov |
| Jose M. Portela | on behalf of Creditor JetTexas Oil LLC jose@bptriallaw.com, yesenia@bptriallaw.com |
| Jose M. Portela | on behalf of Creditor Garrett Johnson jose@bptriallaw.com yesenia@bptriallaw.com |
| Julian Preston Vasek | on behalf of Debtor Blue Duck Energy MVR LLC jvasek@munsch.com, CourtMail@munsch.com |
| Katharine B. Clark -SBRA V | KClark@ThompsonCoburn.com smeiners@thompsoncoburn.com;ldebardeleben@thompsoncoburn.com;KClark@ecf.axosfs.com;lbrasher@thompsoncoburn.com;hfischer@thompsoncoburn.com |
| Katharine Battaia Clark | on behalf of Trustee Katharine B. Clark -SBRA V kclark@thompsoncoburn.com smeiners@thompsoncoburn.com;lcarranza@thompsoncoburn.com;ldebardeleben@thompsoncoburn.com;lbrasher@thompsoncoburn.com;hfischer@thompsoncoburn.com |
| Seymour Roberts, Jr. | on behalf of Creditor Hoge & Gameros LLP sroberts@fflawoffice.com, nalmaleh@fflawoffice.com |
| Seymour Roberts, Jr. | on behalf of Creditor Stewart Hoge sroberts@fflawoffice.com nalmaleh@fflawoffice.com |
| Seymour Roberts, Jr. | on behalf of Creditor Seth Wadley sroberts@fflawoffice.com nalmaleh@fflawoffice.com |
| Seymour Roberts, Jr. | on behalf of Creditor Indian Territory Holdings LLC sroberts@fflawoffice.com, nalmaleh@fflawoffice.com |
| Seymour Roberts, Jr. | on behalf of Creditor Purple Dog Investments LLC sroberts@fflawoffice.com, nalmaleh@fflawoffice.com |
| Seymour Roberts, Jr. | on behalf of Creditor Stewart B. Hoge PC sroberts@fflawoffice.com, nalmaleh@fflawoffice.com |
| Seymour Roberts, Jr. | on behalf of Creditor Wadley Family Investments LLC sroberts@fflawoffice.com, nalmaleh@fflawoffice.com |
| Thomas Daniel Berghman | on behalf of Debtor Blue Duck Energy MVR LLC tberghman@munsch.com, amays@munsch.com,CourtMail@munsch.com;hvalentine@munsch.com |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |

TOTAL: 20